UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DONALD DEMILLE BAKER,
*Prisoner #00769-081*,

    Plaintiff,

  v.

REBECCA TAMEZ, *Medical Designations and Transportations Chief*, *et al.*,

    Defendants.

Case No. 08-cv-177-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that Defendants Rebecca Tamez and Mrs. Shadowens are dismissed from this matter with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Dr. Zoke is dismissed from this matter without prejudice.

**DATED: February 7 , 2011**        **NANCY ROSENSTENGEL**

                                                             **By:s/Jina Hoyt, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**